CSD 1180 [03/01/15]
Name, Address, Telephone No. & I.D. No.

Nathan Shilberg, SBN 178212
864 No. Second Street
PMB 309
El Cajon, CA 92021-5806
Tel: (619) 588-5665
Fax: (619) 588-5650

Attorney for Debtor(s)

FILED
2016 MAR -2 PM 12:05
U.S. BANKRUPTCY CT.
DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

WILLIAM R. WHITFIELD

BANKRUPTCY NO. 15-06119-LT7

Tax I.D.(EIN)#:    /S.S.#:XXX-XX-0870                 Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR(S), ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that   WILLIAM R. WHITFIELD
(select one:)   ☐ the Trustee    ☐ United States Trustee    ☒ Debtor-in-Possession    ☐ Creditor,
herein, proposes to:

☐ Use, sell or lease the following property not in the ordinary course of business [include information as required by Federal Rule of Bankruptcy Procedure 2002(c)(1)]; or

☐ Abandon the following property [description of property to be abandoned]; or

☐ Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by Local Bankruptcy Rule 9019]; or

☐ Seek allowance of compensation or remuneration to debtor(s) as follows [specify the nature]; or

☒ Other [specify the nature of the matter]:
DELAY CLOSING OF CASE BY 30 DAYS IN ORDER TO BRING ADVERSARY PROCEEDING AGAINST MCT GROUP IN ORDER TO RECOVER PREFERENCE PAYMENTS PAID WITHIN 90 DAYS PURSUANT TO 11 USC SECTION 547(b).

CSD 1180                                                                                 [Continued on Page 2]

CSD 1180 (Page 2) [03/01/15]

If you object to the proposed action:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. *If a Chapter 7, 11, or 12 case,* determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - MM - call (619) 557-7407 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - PB - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)
    - CL - call (619) 557-6019 - DEPARTMENT FIVE (Room 318)

2. **WITHIN TWENTY- ONE (21)[1] DAYS FROM THE DATE OF SERVICE OF THIS MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 21-day[1] period provided by this notice, NO HEARING WILL TAKE PLACE, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: 03/01/16

_____
[U.S. TRUSTEE]  [TRUSTEE]  [DEBTOR-IN-POSSESSION]
[Attorney for Moving Party]

---

[1] If you were served electronically or by mail, you have three (3) additional days to react to this proposed action as calculated by Fed. R. Bankr. P. 9006(f).

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1180